977 F.2d 568
 Ingerson (Constance, Ralph)
v.
Gikas (Demetra L.), Fisher (Ronald), Refiner's Transport and
Terminal Corporation, United Pacific Insurance Company of
New York, a/k/a United Pacific Ins. Co.; Fisher (Ronald B.),
Refiner's Transport & Terminal Corp. v. Agency Rent-A-Car;
Ingerson (Constance, Ralph) v. Gikas (Demetra L.), Fisher
(Ronald B.), Reiners Transport & Terminal Corp., United
Pacific Insurance Company of New York, a/k/a United Pacific
Ins. v. Agency Rent-A-Car
 NO. 91-3808
 United States Court of Appeals,
Third Circuit.
 Sept 30, 1992
 
 Appeal From: D.Del.,
 Wright, J.
 
 759 F.Supp. 180
 
 1
 AFFIRMED.